**Petition for Writ of Mandamus Dismissed and Memorandum Majority and Dissenting Opinions filed January 10, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00870-CR**

**NO. 14-22-00871-CR**

---

**IN RE ADRIAN D. CURRY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**208th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1779895 & 179896**

---

## MEMORANDUM OPINION

On November 28, 2022, relator Adrian D. Curry filed two petitions for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petitions, relator asks this court to compel the Honorable Greg Glass, presiding judge of the 208th District Court of Harris County, to dismiss the charge of assault on a police officer.

The relief relator is seeking from this court is in the form of a habeas corpus. The courts of appeals have no original habeas corpus jurisdiction in criminal matters. Tex. Gov't Code Ann. § 22.221(d); *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.— Houston [14th Dist.] 2016, orig. proceeding). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Texas Court of Criminal Appeals, the district courts, the county courts, or a judge in those courts. Tex. Code Crim. Proc. Ann. art. 11.05; *Ayers*, 515 S.W.3d at 356. Therefore, this court is without jurisdiction to consider relator's request for habeas corpus relief.

Accordingly, we dismiss relator's petitions for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan (Spain, J., dissenting).
Do Not Publish — Tex. R. App. P. 47.2(b).